# In The United States Court of Federal Claims

No. 05-515 T

(Filed: September 27, 2005)

---

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic preliminary status conference will be held in this case on Friday, October 14, 2005, at 2:00 p.m. (EST). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge