# In The United States Court of Federal Claims

No. 05-515 T

(Filed: September 27, 2005)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic preliminary status conference that was originally scheduled for October 14, 2005, at 2:00 p.m. (EST) has been rescheduled for October 13, 2005, at 10:00 a.m (EST). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge