# In The United States Court of Federal Claims

No. 05-515 T

(Filed: October 13, 2005)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic status conference was held in this case on October 13, 2005. Participating in the conference were Anthony C. Gulotta, on behalf of plaintiff, and G. Robson Stewart, on behalf of defendant. In accordance with the discussion held therein:

1. On or before February 24, 2006, the parties shall complete all discovery; and

2. On or before March 10, 2006, the parties shall file a joint status report indicating how this case should proceed, including the schedule, if appropriate, for any dispositive motions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge