IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

SUPPLEMENTAL JOINT STATUS REPORT

---

Pursuant to the Court's Scheduling Order dated October 13, 2005, in the above-referenced matter, the parties submit the following information:

Plaintiff and the United States have completed discovery in this matter. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents.

At this time, plaintiff and the United States are waiting to take further action in this action based on the outcome of *XO Communications, Inc. v. The United States*, (Fed. Cl. No. 03-2754 T), pending before Judge Williams. The parties in *XO* have filed cross-motions for summary judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. In addition, Judge Williams has conducted an expert witness hearing on the "Dial Access" issue and the parties subsequently submitted supplemental briefs.

Accordingly, due to the relatively small amount at issue here, the parties believe it would be judicious to suspend further proceedings in this action until a decision is rendered in *XO*.

Respectfully submitted,

2/28/2006
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

3/8/2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493
Fax (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

3/8/2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant