# In The United States Court of Federal Claims

No. 05-515 T

(Filed: March 13, 2006)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 10, 2006, the parties filed a joint status report in this case indicating that discovery has been completed. The parties also requested suspension of proceedings pending the outcome of *XO Communications, Inc. v. United States*, No. 03-2754, pending before Judge Williams. To the extent that this request can be viewed as a motion for a stay, the motion is hereby **DENIED**. Accordingly, on or before March 27, 2006, the parties shall file a joint status report, providing a specific schedule for further proceedings in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge