IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Status Report Order dated March 13, 2006, in the above-referenced matter, the parties submit the following information:

The Court denied the parties' request that further proceedings in this action be suspended until a decision is rendered in *XO Communications, Inc. v. United States,* (Fed. Cl. No. 03-2754 T), pending before Judge Williams. At this time, Plaintiff and the United States have completed discovery and the sole issue that remains in this case is the "Dial Access" issue. As such, the parties are prepared to proceed to trial to litigate this issue.

Accordingly, the parties request that this case be scheduled for trial. The following dates would be convenient for the parties and their witnesses: September 11-15, 2006.

Respectfully submitted,

March 27, 2006
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

March 27, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493
Fax (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

March 27, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant