# In The United States Court of Federal Claims

No. 05-515 T

(Filed: April 4, 2006)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 27, 2006, the parties filed a joint status report requesting a trial date of September 11 - 15, 2006. A telephonic conference will be held in this case on Friday, April 21, 2006, at 10:00 a.m. (EST). During that conference, the court will discuss with the parties an appropriate pretrial schedule. Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge