# In The United States Court of Federal Claims

No. 05-515 T

(Filed: April 24, 2006)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 21, 2006, a telephonic status conference was held in this case. Participating in the conference were Anthony Gulatta, on behalf of plaintiff, and G. Robson Stewart, on behalf of defendant. In accordance with the discussion held therein, the court adopts the following schedule:

1. On or before May 26, 2006, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial, pursuant to RCFC, Appendix A, ¶ 13.

2. On or before June 28, 2006, plaintiff shall file the following:

   (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority, pursuant to Appendix A, ¶ 14(a).

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

3. On or before July 28, 2006, defendant shall file the following:

   (a) Its response to plaintiff's Memorandum of Contentions of Fact and Law, pursuant to Appendix A, ¶ 14(b).

   (b) A separate statement setting forth its list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15.

   (c) A separate statement setting forth its list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16.

4. A pre-trial conference will be held in this case on August 28, 2006, at 10:00 a.m. (EST). Chambers will contact the parties at a later date to determine whether the conference shall take place in person or via telephone.

5. Trial shall commence on September 11, 2006, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge