IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

JOINT CERTIFICATION

---

Pursuant to RCFC Appendix A Paragraph 13 (d), parties hereby verify that they have met and accomplished all matters required by RCFC Appendix A Paragraph 13 (c).

Respectfully submitted,

June 13, 2006
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

June 16, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

June 16, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant