**ELECTRONICALLY FILED ON 6/28/2006**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,
Plaintiff

v.

THE UNITED STATES,
Defendant

LIST OF EXHIBITS

Below is a statement setting forth a list of exhibits the Plaintiff expects to offer at trial for case-in-chief or rebuttal purposes. Such list separately identifies those exhibits that the party expects to offer and those that the party may offer if the need arises.

Exhibit's Plaintiff expects to offer:

EXHIBIT A: Plaintiff's Complaint

EXHIBIT B: Plaintiff's 9/2/05 Initial Disclosures to Defendant

EXHIBIT C: Comcation Network Diagram

<u>Exhibit's Plaintiff may offer if the need arises:</u>

EXHIBIT D: Tariffs for service at issue in claim

EXHIBIT E: Invoices for service at issue in claim

As Exhibits C is the only Exhibit which has not been previously submitted, such Exhibit is attached.

6/28/06
Date

Respectfully submitted,

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

# Comcation Network Diagram




EXHIBIT C