**ELECTRONICALLY FILED ON 6/28/2006**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

LIST OF WITNESSES

Below is a statement setting forth the witnesses to be called at trial for case-in-chief or rebuttal purposes. Such statement separately identifies witnesses whom the party expects to present and those whom the party may call if the need arises.

The Plaintiff expects to present Mitchell Smith of Comcation, Inc. as a factual witness at trial in the above captioned case. Mr. Smith's testimony will be for case-in-chief and rebuttal purposes. The specific topics to be addressed in the expected testimony include how the network is set up, such as the locations of POPs and the integration of purchased dial-up access and transport lines; the types of circuits and lines Petitioner used as part of its network; whether the dial-up access circuits were

provisioned for Direct Inward Dial; whether the Direct Inward Dial was provisioned by the telephone company; and the business reason for purchasing Direct Inward Dial.

The Plaintiff anticipates that 2 hours will be necessary for the direct examination of Mr. Smith.

The Plaintiff does not plan to call any other witnesses for trial in the above captioned case.

6/28/06
Date

Respectfully submitted,

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff