IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T

(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S EXHIBIT LIST

Pursuant to paragraph 16 of RCFC Appendix A, and the Court's Order of April 24, 2006, defendant identifies the following exhibits which may be used at trial:

Exhibit 1 - Report of Dr. Michael Hills, in Comcation, Inc. v. United States, Fed Cl. No. 05-515 T.

Exhibit 2 - Chart of ISP network prepared by Dr. Michael Hills, in Comcation, Inc. v. United States, Fed Cl. No. 05-515 T.

In addition, defendant may use the exhibits identified in plaintiff's List of Exhibits, filed with the Court on June 28,

2006, and the exhibits identified in the deposition of Mitchell Smith, which took place on July 20, 2006.

Respectfully submitted,

July 28, 2006
Date

s/Jacob Christensen

JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

July 28, 2006
Date

s/G. Robson Stewart
Of Counsel

Attorneys for Defendant