IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S WITNESS LIST

Pursuant to paragraph 15 of RCFC Appendix A, and the Court’s Order of April 24, 2006, defendant states that it may call the following expert witness at the trial scheduled for September 11, 2006:

Michael Hills Ph.D.
HTLT Technologies
1111 August Dr.
Annapolis, MD 21403
(410) 268-9131

Dr. Hills is a telecommunications engineer who is an expert on the telecommunications services and networks. As contained in his report, he may testify regarding his knowledge of and experience with telecommunication services, networks, tariffs, invoices, and his examination of documents relevant to this action, including telecommunications tariffs, contracts,

invoices, and other documents relating to the telecommunications service for which plaintiff seeks a refund of federal excise tax.

In addition, defendant may call plaintiff's fact witness at trial:

Mitchell Smith
Comcation, Inc.
875 North Easton Rd. Ste. 6
Doylestown, PA 18902

Respectfully submitted,

July 28, 2006
Date

s/Jacob Christensen

JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

July 28, 2006
Date

s/G. Robson Stewart
Of Counsel

Attorneys for Defendant