# In The United States Court of Federal Claims

No. 05-515 T

(Filed: July 31, 2006)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic pre-trial conference will be held in this case on August 28, 2006, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge