IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,
Plaintiff

v.

THE UNITED STATES,

Defendant

REVISED EXHIBIT LIST

Pursuant to the court's order of August 29, 2006 order, Plaintiff identifies the following exhibits which may be used at trial:

Exhibit 1 - Comcation Network Diagram

Exhibit 2 - Account Summary Chart (cross referenced to Exhibit 4)

Exhibit 3 - Spreadsheet that lists the invoices in controversy

Exhibit 4 - Invoices in controversy (cross referenced to Exhibit 3)

Exhibit 5 - Relevant excerpts from Verizon PA P.U.C. No. 500 Tariff

Exhibit 6 - Relevant excerpts from XO PA P.U.C. No. 9 Tariff

Exhibit 7 - Relevant excerpts from ATT Supplement No. 38 P.U.C. No. 1 Tariff

8/31/06
Date

Respectfully submitted,

[signature]

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff