IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,
Plaintiff

v.

THE UNITED STATES,

Defendant

# PLAINTIFF'S SECOND REVISED EXHIBIT LIST

After a further and more detailed review of the relevancy and authenticity of the documents which Plaintiff intended to admit into evidence, the Plaintiff finds it necessary to revise their Exhibit List. After being unable to determine the relevancy of Exhibits 6 and 7, the Plaintiff is striking these two Exhibits and adding a Service Order Agreement between Nextlink (now fully merged into XO Communications) and Comcation, Inc. as Exhibit 6. Also, an administrative correction was made to Exhibit 5, changing the name of the tariff from Verizon to Bell Atlantic (tariff number remains unchanged). These changes have been reviewed with the Government's attorney. As such, the Plaintiff identifies the following exhibits which may be used at trial:

Exhibit 1 - Comcation's Network Diagram

Exhibit 2 - Account Summary Chart (cross referenced to Exhibit 4)

Exhibit 3 - Spreadsheet that lists the invoices in controversy

Exhibit 4 - Invoices in controversy (cross referenced to Exhibit 3)

Exhibit 5 - Relevant excerpts from Bell Atlantic PA P.U.C. No. 500 Tariff

Exhibit 6 - Service Order Agreement between Nextlink (now fully merged into XO Communications) and Comcation, Inc.

Respectfully submitted,

September 6, 2006
Date

/s/Anthony Gulotta

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff