# In the United States Court of Federal Claims

No. 05-515T

(Filed: September 28, 2006)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Trial was held in this case on September 11, 2006, at the United States Court of Federal Claims in Washington, D.C. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on September 25, 2006. Proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge