# In the United States Court of Federal Claims

No. 05-515T

(Filed: September 28, 2006)

---

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

As agreed upon by the parties at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before November 13, 2006, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before December 13, 2006, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

3. The court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge