IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

APPENDIX

# INDEX

Page

*Telecommunications–Glossary of Telecommunication Terms* (extracts) (1997) . . . . . . . . . . . A-1

*Newton's Telecom Dictionary* (extracts) (17th ed. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-6

National Communications System
Technology & Standards Division

General Services Administration
Information Technology Section

# TELECOMMUNICATIONS

## Glossary of Telecommunication Terms

**Federal Standard 1037C**

*(The use of this standard by all Federal Departments and agencies is mandatory.)*

Government Institutes
Rockville, Maryland

Government Institutes, Inc., 4 Research Place, Rockville, Maryland 20850
Phone: (301) 921-2355
Fax: (301) 921-0373
Email: giinfo@govinst.com
Internet Address: http://www.govinst.com

Copyright © 1997 by Government Institutes.
Published February 1997.

01 00 99 98 5 4 3 2

This standard is issued by the General Services Administration and provides Federal departments and agencies a comprehensive source of definitions of terms used in telecommunications and directly related fields by international and U.S. Government telecommunications specialists.

Released on August 7, 1996, this Federal Standard 1037-C supersedes Federal Standard 1037-B of June 3, 1991. The standard is updated every five years and its use is mandatory for all Federal departments and agencies.

This standard was developed by a subcommittee of the Federal Telecommunication Standards Committee. The U.S. Department of Commerce, National Telecommunications and Information Administration, Institute for Telecommunication Sciences supplied the chair, secretariat and technical editorial services for the subcommittee.

Government Institutes determined that this document contained information of importance to the general telecommunications industry, so we have reproduced this material in order to serve those interested.

The publisher makes no representation of warranty, express or implied, as to the completeness, correctness or utility of the information in this publication. In addition, the publisher assumes no liability of any kind whatsoever resulting from the use of or reliance upon the contents of this book.

ISBN: 0-86587-580-4

Printed in the United States of America

ensure that the specified performance characteristics have been met. (188)

**acceptance trial:** A trial carried out by nominated representatives of the eventual military users of the weapon or equipment to determine if the specified performance and characteristics have been met.

**accepted interference:** Interference at a higher level than that defined as permissible interference and which has been agreed upon between two or more administrations without prejudice to other administrations. [NTIA] [RR]

**access:** **1.** The ability and means necessary to store data in, to retrieve data from, to communicate with, or to make use of any resource of a system. (188) **2.** To obtain the use of a resource. **3.** (COMSEC) [The] capability and opportunity to gain detailed knowledge of or to alter information or material. [NIS] **4.** (AIS) [The] ability and means to communicate with (*i.e.*, input to or receive output from), or otherwise make use of any information, resource, or component in an AIS. *Note [for 3 and 4]:* An individual does not have "access" if the proper authority or a physical, technical, or procedural measure prevents him/her from obtaining knowledge or having an opportunity to alter information, material, resources, or components. [NIS] **5.** An assigned portion of system resources for one data stream of user communications or signaling. (188)

**access attempt:** The process by which one or more users interact with a telecommunications system to enable initiation of user information transfer. *Note:* An access attempt begins with an issuance of an access request by an access originator. An access attempt ends either in successful access or in access failure.

**access category:** A class to which a user, such as a person, program, process, or equipment, of a system may be assigned, based on the resources each user is authorized to use.

**access charge:** A charge made by a local exchange carrier for use of its local exchange facilities for a purpose such as the origination or termination of traffic that is carried to or from a distant exchange by an interexchange carrier. *Note:* Although some access charges are billed directly to local end users, a very large part of all access charges is paid by interexchange carriers.

**access code:** The preliminary digits that a user must dial to be connected to a particular outgoing trunk group or line. (188)

**access contention:** In ISDN applications, *synonymous with "contention." See* **contention (def. #2).**

**access control:** **1.** A service feature or technique used to permit or deny use of the components of a communication system. **2.** A technique used to define or restrict the rights of individuals or application programs to obtain data from, or place data onto, a storage device. **3.** The definition or restriction of the rights of individuals or application programs to obtain data from, or place data into, a storage device. **4.** [The] process of limiting access to the resources of an AIS to authorized users, programs, processes, or other systems. [NIS] **5.** That function performed by the resource controller that allocates system resources to satisfy user requests. (188)

**access control message:** A message that is a user request, a resource controller response, or a request/response between resource controllers. (188)

**access coupler:** *Deprecated term. See* **directional coupler.**

**access denial:** **1.** Access failure caused by the issuing of a system blocking signal by a communications system that does not have a call-originator camp-on feature. **2.** Access failure caused by exceeding the maximum access time and nominal system access time fraction during an access attempt. *Synonym* **system blocking.**

**access-denial time:** The time between the start of an access attempt and access failure caused by access denial, *i.e.*, system blocking. *Note:* Access denial times are measured only on access attempts that result in access denial.

[A-3]

stations. The noise temperature of paramps cooled to the temperature of liquid helium, about 5 K, is in the range of 20 to 30 K. Paramp gains are about 40 dB. [From Weik '89]

**parasitic element:** Of an antenna, a directive element that is not connected to a radio transmitter or receiver either directly or via a feeder, but is coupled to the driven element only by the fields. (188) *Synonym* **passive element.**

**parasitic emission:** In a communications system in which one or more electromagnetic sources are used, electromagnetic radiation—such as lightwaves, radio waves, microwaves, X-rays, or gamma rays from one or more of the sources—that is not harmonically related, *i.e.*, is not coherent, with the transmitted carrier. *Note:* Parasitic emissions are usually caused by undesired oscillations or energy-level transitions in the sources. [From Weik '89]

**paraxial ray:** In optical systems, a ray that is close to and nearly parallel with the optical axis. (188)

**parity:** In binary-coded data, a condition that is maintained such that, in any permissible coded expression, the total number of 1s, or 0s, is always odd or always even. *Note 1:* Parity is used in error-detecting and error-correcting codes. *Note 2:* For example, in the ASCII code or in the International Telegraph Alphabet 5 (ITA-5) code as usually implemented, 7 bits are used to represent each character and 1 bit is used as a parity check bit.

**parity check:** A test that determines whether the number of ones or zeros in an array of binary digits is odd or even. (188) *Note:* Odd parity is standard for synchronous transmission and even parity for asynchronous transmission. *Synonym* **odd-even check.**

**par meter:** *Abbreviation for* **peak-to-average ratio meter.** A meter used to measure, calculate, and display the ratio of the peak power level to the time-averaged power level in a circuit, *i.e.*, the peak-to-average ratio (*p/a* r). (188) *Note 1:* A par meter is used as a quick means to identify degraded telephone channels. *Note 2:* A par meter is very sensitive to envelope delay distortion. The par meter may also be used for idle channel noise, nonlinear distortion, and amplitude-distortion measurements.

*Note 3:* The peak-to-average ratio can be determined for many signal parameters, such as voltage, current, power, frequency, and phase.

**part 68:** The section of Title 47 of the *Code of Federal Regulations* governing (a) the direct connection of telecommunications equipment and customer premises wiring with the public switched telephone network and certain private line services, such as (1) foreign exchange lines at the customer premises end, (2) the station end of off-premises stations associated with PBX and Centrex® services, (3) trunk-to-station tie lines at the trunk end only, and (4) switched service network station lines, *i.e.*, common control switching arrangements; and (b) the direct connection of (1) all PBX and similar systems to private line services for tie trunk type interfaces, (2) off-premises station lines, and (3) automatic identified outward dialing and message registration. *Note:* Part 68 rules provide the technical and procedural standards under which direct electrical connection of customer-provided telephone equipment, systems, and protective apparatus may be made to the nationwide network without causing harm and without a requirement for protective circuit arrangements in the service-provider networks.

**party line:** In telephone systems, an arrangement in which two or more user end instruments, usually telephones, are connected to the same loop. *Note:* If selective ringing is not used, individual users may be alerted by different ringing signals, such as a different number of rings or a different combination of long and short rings. Party lines remain primarily in rural areas where loops are long. Privacy is limited and congestion often occurs. *Synonym* **multiparty line.**

**passband:** The portion of spectrum, between limiting frequencies (or, in the optical regime, limiting wavelengths), that is transmitted with minimum relative loss or maximum relative gain. (188) *Note 1:* The limiting frequencies are defined as those at which the relative intensity or power decreases to a specified fraction of the maximum intensity or power. This decrease in power is often specified to be the half-power points, *i.e.*, 3 dB below the maximum power. *Note 2:* The difference between the limiting frequencies is called the bandwidth, and is expressed in hertz (in the optical regime, in nanometers or micrometers).

[P-3]

communications system, protection given to unclassified information, such as radio transmissions of law enforcement personnel, that requires safeguarding from unauthorized persons. **3.** In a communications system, the protection given to prevent unauthorized disclosure of the information in the system. (188) *Note 1:* The required protection may be accomplished by various means, such as by communications security measures and by directives to operating personnel. *Note 2:* The limited protection given certain voice and data transmissions by commercial crypto-equipment is sufficient to deter a casual listener, but cannot withstand a competent cryptanalytic attack.

**private automatic branch exchange (PABX):** *See* **PBX.**

**private automatic exchange (PAX):** *See* **PBX.**

**private branch exchange (PBX):** *See* **PBX.**

**private exchange (PX):** A private telecommunication switch that usually includes access to the public switched network.

**private line:** In the telephone industry usage, a service that involves dedicated circuits, private switching arrangements, and/or predefined transmission paths, whether virtual or physical, which provide communications between specific locations. *Note:* Among subscribers to the public switched telephone network(s), the term *"private line"* is often used to mean a one-party switched access line.

**private NS/EP telecommunications services:** Non-common-carrier telecommunications services, including private line, virtual private line, and private switched network services.

**procedure-oriented language:** A problem-oriented computer programming language that facilitates expressing a procedure in the form of explicit algorithms. *Note:* Examples of procedure-oriented languages are Fortran, ALGOL, COBOL, and PL/I.

**proceed-to-select:** In communications systems operation, pertaining to a signal or event in the call-access phase of a data call, which signal or event confirms the reception of a call-request signal and advises the calling data terminal equipment to proceed with the transmission of the selection signals. *Note:* Examples of proceed-to-select pertain to a dial tone in a telephone system.

**proceed-to-select signal:** In a communications system, a signal that indicates that the system is ready to receive a selection signal. *Note:* An example of a proceed-to-select signal is a dial tone.

**process computer system:** A computer system, with a process interface system, that monitors or controls a technical process.

**process control:** Automatic control of a process, in which a computer system is used to regulate the usually continuous operations or processes.

**process control equipment:** Equipment that measures the variables of a technical process, directs the process according to control signals from the process computer system, and provides appropriate signal transformation. *Note:* Examples of process control equipment include actuators, sensors, and transducers.

**process control system:** A system consisting of a computer, process control equipment, and possibly a process interface system. *Note:* The process interface system may be part of a special-purpose computer.

**process gain:** In a spread-spectrum communications system, the signal gain, signal-to-noise ratio, signal shape, or other signal improvement obtained by coherent band spreading, remapping, and reconstitution of the desired signal.

**processing unit:** A functional unit that consists of one or more processors and their internal storage.

**process interface system:** A functional unit that adapts process control equipment to the computer system in a process computer system.

**processor:** In a computer, a functional unit that interprets and executes instructions. *Note:* A processor consists of at least an instruction control unit and an arithmetic unit.

# NEWTON's TELECOM DICTIONARY

The Official Dictionary of Telecommunications Networking and Internet

STAY INFORMED

To be alerted by email to updates and corrections go to **www.cmpbooks.com/newton**

**NEWTON's TELECOM DICTIONARY**

copyright © 2001 Harry Newton
email: Harry_Newton@HarryNewton.com
personal web site: www.HarryNewton.com
business web site: www.TechnologyInvestor.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereofin any form whatsoever.

Published by CMP Books
An imprint of CMP Media Inc.
Converging Communications Group
12 West 21 Street
New York, NY 10010

For individual or quantity orders
CMP Books
6600 Silacci Way Gilroy, CA 95020
Tel: 1-800-500-6875 or 1-408-848-5296
Fax:408-848-5784
Email: cmp@rushorder.com
Web:www.cmpbooks.com
Distributed to the book trade in the U.S. and Canada by
Publishers Group West
1700 Fourth St., Berkeley, CA 94710
Phone: 510-528-1444
ISBN Number 1-57820-069-5

February 2001

Seventeenth Edition

Matt Kelsey, Publisher
Christine Kern, Manager
Ray Horak, Managing Editor
Omar Mirabel, Cover Artist
Danel Roldan, Inside Layout Artist

Manufactured in the United States of America
Von Hoffmann Graphics
Owensville, MO 65066