Case 1:05-cv-00515-FMA Document 37-3 Filed 12/13/2006 Page 1 of 10

• Public Access, dedicated for use by the general public.
•Educational Access, dedicated to local educational authorities.
•Government Access, dedicated to local government.
•Leased Access, dedicated to commercial users.

The significant distinction here is "editorial control": subject to certain narrowly-defined exceptions (obscenity, "unlawful conduct"), the cable operator is prohibited from exercising editorial control over programming carried on access channels. This distinction affects the records which must be kept in the system's PIF:

•The operator is exempt from the requirements of Section 76.225c of the FCC rules regarding limits on commercial matter in children's programming carried on access channels.
•The operator is required by Section 76.701(h) to maintain records to verify compliance with rules governing leased-access channels carrying indecent programming.

**Access Charge** As part and parcel of the Modified Final Judgement (MFJ) which mandated the breakup of the Bell System though AT&T's divestiture of the Bell Operating Companies, the FCC declared that all end users have easy access to the long distance carrier of their choice. Further, such access to the InterExchange Carrier (IEC, or IXC) was to be provided with equal ease, i.e. on an equal 1+ basis, as traditionally enjoyed by AT&T alone. Additionally, the breakup of the Bell System invalidated the complex settlements structure which served to subsidize the Local Exchange Carriers (LECs) for providing local access to the long distance network(s). In order to replace the traditional settlements process and to compensate the LECs for the use of the vital, expensive and relatively unprofitable local access network, Access Charges were mandated, falling into two general categories.

1.The end user Access Charge, also known as Customer Access Line Charge (CALC) applies to every local loop, and is sensitive to the nature of the circuit. Subject to review and adjustment by the FCC on an annual basis, such Access Charges differ for residential and business users, single lines versus trunks, leased lines versus local access circuits, and so on. A mandatory charge appearing as a separate line item on the user's bill, it applies whether or not the user ever, in fact, places a long distance call over either a wired or wireless network. This surcharge is levied per the Code of Federal Regulations, Title 47, Part 69.

2.The Carrier Access Charge (CAC) applies to all IXCs which connect to the LEC network. Paid by the IXC to the LEC, such charges are determined by special tariffs subject to regulatory approval, and are sensitive to factors including the distance between the IXC Point of Presence (POP) and the point of termination into the LEC network. Additionally, the IXC pays to the LEC a usage charge sensitive to the traffic passed to the IXC as measured by Minutes of Use. The Telecommunications Act of 1996 greatly modifies the basis on which such charges are determined and levied. Most especially, the act eliminates such charges to the extent that the IXCs provide local exchange service directly, effectively bypassing the incumbent LECs.

**Access Code** A series of digits or characters which must be dialed, typed or entered in some way to get use of something. That "something" might be the programming of a telephone system, a long distance company, an electronic mail service, a private corporate network, a mainframe computer, a local area network. Once the user dials the main number for the service he must then enter his assigned Access Code to get permission use the system. An Access Code becomes an Account Code when it is used for identifying the caller and doing the billing. Access Code may also mean the digit, or digits, a user must dial to be connected to an outgoing trunk. For example, the user picks up his phone and dials "9" for a local line, dials "8" for long distance, dials "76" for the tie line to Chicago, etc. In programming a phone system such as Northern Telecom's Norstar, there are Access Codes to begin Startup, Configuration programming, and Administration programming.

**Access Contention** In ISDN applications, synonymous with "contention." See contention.

**Access Control** A technique used to define or restrict the rights of individuals or application programs to obtain data from, or place data into, a storage device. Similarly, access to system logic is controlled on the basis of appropriate Access Codes. See Access Code.

**Access Control Field** 1.A term specific to Synchronous Multimegabit Data Service (SMDS), the Access Control Field controls access to the shared DQDB (Distributed Queue Dual Bus) which, in turn, provides access to the SMDS network. It consists of a single octet which is a portion of the 5-octet header of an SMDS cell. See also SMDS.

2.A Token Ring term. A field comprising a single octet (eight bits) in the header of a Token Ring LAN frame. Three Priority (P) bits set the priority of the token, a single Token (T) bit denotes either token or a frame, a Monitor (M) bit prevents frames or high-priority tokens from continuously circling the ring, and three Priority Reservation r bits allow a device to reserve the token for network access the next time the token circles the ring. See also Token Ring.

**Access Control List** ACL. Most network security systems operate by allowing selective use of services. An Access Control List is the usual means by which access to, an denial of, services is controlled. It is simply a list of the services available, each with a lis of the computers and users permitted to use the service.

**Access Control Message** A message that is a user request, a resource cor troller response, or a request/response between resource controllers.

**Access Control Method** Sets of rules which determine the basis on whic devices are afforded access to a shared physical element, such as a circuit or device. In Local Area Network environment, it regulates each workstation's physical access to th transmission medium (normally cable), directs traffic around the network and determine the order in which nodes gain access so that each device is afforded an appropriate lev of access. By way of example, token passing is the technique used by Token Ring, ARCne and FDDI. Ethernet makes use of CSMA/CD or CSMA/CA; DDS makes use of a pollir technique. See Media Access Control. (MAC).

**Access Control System** A system designed to provide secure access to servi es, resources, or data; for computers, telephone switches or LANs.

**Access Controls** An electronic messaging term. Controls that enable a system restrict access to a directory entry or mailbox either inclusively or exclusively.

**Access Coordination** An MCI definition. The process of ordering, installing, ar maintaining the local access channel for MCI customers.

**Access Coupler** A device placed between two fiber optic ends to allow signals to I withdrawn from or entered into one of the fibers.

**Access Customer Name Abbreviation** See ACNA.

**Access Event** Telcordia definition for information with a logical content that the fu tional user and the Network Access FE (Functional Entity) exchange.

**Access Floor** A system consisting of completely removable and interchangeable flc panels that are supported on adjustable pedestals or stringers (or both) to allow access the area beneath.

**Access Function** An intelligent network term. A set of processes in a network th provide for interaction between the user and a network.

**Access Group** All terminals or phones that have identical rights to use the comp er, the network, the phone system, etc.

**Access Level** Used interchangeably with Access Code. "Level" in dialing tends mean a number.

**Access Line** A telephone line reaching from the telephone company central office a point usually on your premises. Beyond this point the wire is considered inside wirii See Local Loop and Access Link.

**Access Link** The local access connection between a customer's premises and a ca er's POP (Point Of Presence), which is the carrier's switching central office or closest pc of local termination. That carrier might be a LEC, IXC or CAP/AAV; in a convergence s nario, the carrier might also be a CATV provider.

**Access List** List kept by routers to control access to or from the router for a num of services (for example, to prevent packets with a certain IP address from leaving a p ticular interface on the router).

**Access Manager** 1. An element in some architecture implementations of a F infrastructure that includes functions such as subscriber registration and authentication may include the Home Location Register, HLR, and Visitor Location Register, VLR.

2.A means of authorization security which employs scripting.

**Access Method** The technique or the program code in a computer operating syst that provides input/output services. By concentrating the control instruction sequences i common sub-routine, the programmer's task of producing a program is simplified. The acc method typically carries with it an implied data and/or file structure with logically similar vices sharing access methods. The term was coined, along with Data Set, by IBM in the 19 introduction of the System/360 family. It provides a logical, rather than physical, set of erences. Early communications access methods were primitive; recently they have gai enough sophistication to be very useful to programmers. Communications access meth have always required large amounts of main memory. In a medium size system supportir few dozen terminals of dissimilar types, 80K to 100K bytes of storage is not an unusual quirement. The IEEE's 802.x standards for LANs and MANs. See Access Methods.

**Access Methods** Techniques and rules for figuring which of several communicati devices — e.g. computers — will be the next to use a shared transmission medium. term relates especially to Local Area Networks (LANs). Access method is one of the n methods used to distinguish between LAN hardware. How a LAN governs users' phy (electrical or radio) access to the shared medium significantly affects its features and

lates dialed digits into a point code (network node) address and application address (subsystem number). IS-41C defines the formats and procedures for Short Message Service (SMS). IS-41D includes feature and service support for Calling Number ID (CNID), E911 (Enhanced 911), law enforcement intercept (wire-tapping). See also CNID, ESN, GTT, MIN, MSC, SMS, and Tumbling.

**IS-410** Interim Standard 41 Zero. The initial version of IS-41, which was released in February 1988. IS-410 defined the process for intersystem call hand-off.

**IS-41A** Interim Standard 41a. A version of IS-41 which supports automatic roaming.

**IS-41B** Interim Standard 41B. A version of IS-41 which defined Global Title Translation (GTT), the process of translating Global Titles (telephone numbers) into Point Codes. Point Codes are unique addresses of SS7 network nodes. See also Global Title, Global Title Translation, Point Code, and SS7.

**IS-41C** Interim Standard 41C. A version of IS-41 which supports PCS SMS (Short Messaging Service), defining message formats and authentication standards. See also IS-41, SMS and Authentication.

**IS-41D** Interim Standard 41D. A version of IS-41 which addresses Calling Number ID (also known as Calling Line ID, or CLID), Enhanced 911, and Law Enforcement Intercept. See also IS-41.

**IS-54** Interim Standard 54. It is the dual mode (analog and digital) standard for cellular phone service in North America. In its analog form, it conforms to the AMPS standard. IS-54 is an EIA/TIA, developed with the involvement of the CTIA. Since 1995, IS-54 enhancements fall under IS-136. See IS-54B.

**IS-54B** Interim Standard 54B, the second version of IS-54. IS-54B defined TDMA (Time Division Multiple Access), an access technique used in digital cellular networks. See also IS-136 and IS-54.

**IS-55** Interim Standard 55. Standard for TDMA digital cellular service, which is three times the capacity of today's analog cellular service. IS-55 is a fully digital cellular system.

**IS-634** The Interim Standard for the interface between cellular base stations and Mobile Traffic Switching Offices (MTSOs). Issued by the TIA subcommittee TR45.4, IS-634 standardizes the functionality of the A-interface associated with the handling of call processing in order that terminal equipment and MTSOs of disparate origin can interoperate in a predictable fashion. The interim standard is intended to support AMPS, N-AMPS, CDMA and TDMA. The first release of IS-634 employs SS7 and 64-Kbps PCM encoding.

**IS-661** The Interim Standard for a hybrid CDMA/TDMA wireless system.

**IS-95** Digital CDMA standard for U.S. cellular radio systems. Direct sequence spread spectrum. Widely deployed in North America and Korea.

**IS-IS** Intermediate System to Intermediate System. OSI link-state hierarchical routing protocol, based on DECnet Phase V routing, whereby intermediate systems (routers) exchange routing information based on a single metric to determine network topology.

**ISA** 1. Interactive Services Association. http:/policy.net/isa

2. Industry Standard Architecture. The most common bus architecture on the motherboard of MS-DOS computers. The ISA bus was originally pioneered by IBM on its PC, then its XT and then its AT. ISA is also called classic bus. It comes in an 8-bit and 16-bit version. Most references to ISA mean the 16-bit version (which carries data at up to 5 megabytes per second). Many machines claiming ISA compatibility will have both 8- and 16-bit connectors on the motherboard. In 1987 IBM introduced a 32-bit bus which it called MCA for Micro Channel Architecture, which is the internal bus inside some of IBM's line of PS/2 MCA machines. But MCA isn't popular because it is incompatible with ISA, so the industry (excluding IBM) invented a 32-bit bus called EISA which stands for Extended Industry Standard Architecture, which is compatible with ISA. EISA, however, suffered from some of the same problems as the MCA bus, namely it was complicated to program to get the bus's full benefit. As a result, other buses have been invented, including the VL bus from VESA (the Video Electronics Standards Association) and Intel's PCI bus. PCI stands for Peripheral Component Interconnect. Both the VL and PCI buses claim to be more than 20 times faster than the ISA bus. The PCI bus, according to Intel, can transfer data at up to 132 megabytes per second. Until the advent of complex Windows graphics and imaging programs, the speed of the ISA was not a gating factor in a computer. As of writing, a VL bus could only handle three drop-in printed cards, while a PCI bus could handle 10. See also EISA and Microchannel.

**ISA Configuration Utility** The Intel Architecture Lab has been co-developing the Plug and Play specifications with industry partners to ensure long-term compatibility across cards, systems and software. IAL has openly licensed the necessary BIOS software to PC manufacturers so they can add Plug and Play capabilities to their systems. Intel Architecture Labs also designed the ISA Configuration Utility for system and add-in card manufacturers to include with their products. This software utility makes it easier for users to install existing ISA cards in their PCs. The software tells the user which resources are available, but configuration is still done manually. The utility also allows the user to optimize the way resources are assigned, which is particularly important for memory addresses.

**ISAKMP** Internet Security Association and Key Management Protocol. A protocol that provides a method for authentication of communications between peers over the Internet. ISAKMP provides a framework for the management of security keys, and support for the negotiation of security attributes between associated peers. ISAKMP/Oakley is a hybrid protocol that uses the ISAKMP framework to support the Oakley key determination protocol, which defines a method for establishing security keys for use on a session basis by Internet hosts and routers.

**ISAM** Indexed Sequential Access Method. It is a procedure for storing and retrieving data from a disk file. When the programmer designs the format of the file, a set of indexes is created which describes where the records of the file are located on the disk. This provides a quick method of retrieving the data, and eliminates the need to read all the data from the beginning to find the desired information. The indexes can be stored as part of the data file or in a separate index file.

**ISAPI** Internet Server Application Program Interface. This API was created by Process Software Corp. and Microsoft and announced by Microsoft at the 1995 Fall Interop show. It is tailored to Internet servers and uses Windows' dynamic link libraries (DLLs) to make processes faster than under other APIs. It allows Internet browsers supporting it to access remote server applications from Microsoft and others. See ISAPI Filter.

**ISAPI Filter** A World Wide Web term. An ISAPI Filter A replaceable DLL which the server calls whenever there is an HTTP request. When the filter is first loaded, it communicates to the server what sort of notifications will be accepted. After that, whenever a selected event occurs, the filter is called to process the event. Example applications of ISAPI filters include custom authentication schemes, compression, encryption, logging, traffic analysis or other request analyses.

**Isarithmic Flow Control** Approach to flow control in which transmission permits circulate throughout network. Node wishing to transmit must first capture permit and destroy it, then recreate permit after transmission finished.

**ISB** InterShelf Bus.

**ISC** International Switching.

**ISCP** Integrated Services Control Point. Bellcore's ISCP software system manages and distributes the information needed to run intelligent networks that provide inexpensive, rapidly deployed customized service, according to Bellcore.

**ISD** 1. Incremental Service Delivery.

2. Information Systems Department.

**ISDL** Integrated Services Digital Line. Part of the family of xDSL technologies, ISDL is a means of provisioning ISDN BRI capacity of 128 Kbps to the premise without the need for upgrade of existing cable pairs. Such existing copper pairs are often in such poor condition as to deny the provisioning of conventional ISDN. See ISDN, xDSL, and ADSL.

**ISDN** Integrated Services Digital Network. ISDN comes today in two basic flavors — BRI, which is 144,000 bits per second and designed for the desktop, and, in North America PRI, which is 1,544,000 bits per second and in Europe PRI, which is 2,048,000 bits per second. PRI, which can be made into as many as 24 and 32 phone calls (respectively). PRI is designed for telephone switches, computer telephony and voice processing systems. ISDN BRI used to be a wonderful service in your home or office (it's been superseded by DSL and cable modems). ISDN BRI is useful if you can't get DSL or cable modem service because it can give you videoconferencing, and faster data communications. But it is not an easy service to get up and running. The best advice I can give you is: 1. Figure out what you want to do with your ISDN. 2. Find which equipment you're going to need that will do the best job for you. 3. Call the manufacturer of that equipment, tell him where you're located and ask him which ISDN service to order. 4. After he tells you, order your ISDN service from your local phone company. 5. Then buy the equipment. 6. Allow yourself at least a month to get up and running. 7. Any ISDN equipment you install in a PC will cause major interrupt problems. Make sure you know which interrupts your PC is using for what. See IRQs.

ISDN is essentially a totally new concept of what the world's telephone system should be. According to AT&T, today's public switched phone network has the following limitations: 1. Each voice line is only 4 KHz, which is very narrow, which limits also the speed you can

I

send data across. 2. Most signaling is in-band signaling, which is very consuming of bandwidth (i.e. it's expensive and inefficient). 3. The little out-of-band signaling that exists today runs on lines separate to the network. This includes signaling for PBX attendants, hotel/motel, Centrex and PBX calling information. 4. Most users have separate voice and data networks, which is inefficient, expensive and limiting. 5. Premises telephone and data equipment must be separately administered from the network it runs on. 6. There is a wide and growing variety of voice, data and digital interface standards, many of which are incompatible.

ISDN's "vision" is to overcome these deficiencies in four ways: 1. By providing an internationally accepted standard for voice, data and signaling. That standard has pretty well achieved, though don't try and take North American ISDN equipment to Europe. 2. By making all transmission circuits end-to-end digital. 3. By adopting a standard out-of-band signaling system. 4. By bringing significantly more bandwidth to the desktop.

One of the best features of ISDN is the speed of dialing. Instead of 20 seconds for a call to go through on today's old analog network, with ISDN it takes less than a second. It's beautiful. Here are some sample ISDN services:

Call waiting: A line is busy. A call comes in. The user knows who is calling. He can then accept, reject, ignore, transfer the call.

Citywide Centrex: A myriad of services: Specialized numbering and dialing plans. Central management of all ISDN terminals, including PBXs, key systems, etc.

Credit card calling: Automatic billing of certain or all calls into accounts independent of the calling line/s.

Calling line identification presentation: Provides the calling party the ISDN "phone" number, possibly with additional address information, of the called party. Such information may flash across the screen of an ISDN phone or be announced by a synthesized voice. The called party can then accept, reject or transfer the call. If the called party is not there, then his/her phone will automatically record the incoming call's phone number and allow automatic callbacks when he/she returns or calls back in from elsewhere.

Calling line identification restriction: Restricts presentation of the calling party's ISDN "phone" number, possibly with additional address information, to the called party.

Closed user group: Restricts conversations to or among a select group of phone numbers, local, long distance or international.

Collaborative Computing. Work on the same document or drawing or design with someone 10,000 miles away. With ISDN, it doesn't really matter where members of the design team live.

Desktop videoconferencing. I have an ISDN desktop videoconferencing device on my desk. It's wonderful to see the person at the other end. It makes for a far more meaningful conversation.

E-Mail (a.k.a. Personal mailbox): ISDN can carry information to and from unattended phones as long as they're equipped with proper hardware and software.

Internet Access: It's much nicer to browse the Internet at 128 Kbps than at 28.8 Kbps which is the fastest I can do it today with the fastest analog modem I can buy.

Shared Screen — Switched data services provided via ISDN lets two people in remote locations, both equipped with a computer terminal, view the same information on their screens and discuss its contents while making changes

— all over one telephone line.

Simultaneous Data Calls: Two users can talk and exchange information over the D packet and/or the B circuit or packet switched channel.

There are two major problems to the widespread acceptance of ISDN: First, the cost of ISDN terminal equipment is too high. Second, the cost of upgrading central office hardware and software to ISDN is too high. Both costs are coming down. In early, 1995 Pacific Bell announced that it would install one million lines of ISDN BRI by the end of 1998. And, to make this happen, it dropped its ISDN monthly prices to an affordable $24.95 a month for residences and $26.50 a month for businesses.

There are three basic configurations you can get ISDN:

1. The 2B+D "S" interface (also called the "T" interface). The 2B+D is called the Basic Rate Interface (BRI). The "S" interface uses four unshielded normal telephone wires (two twisted wire pairs) to deliver two "Bearer" 64,000 bits per second channels and one "data" signaling channel of 16,000 bits per second. An S-interfaced phone can be located up to one kilometer from the central office switch driving it. Each of the two 64 kpbs "bearer" or B channels can be used to carry a voice conversation, or one high speed data or several data channels, which are multiplexed into zone 64 kbps high speed data line. The "D" channel of 16 kbps will carry control and signaling information to set up and break down the voice and data calls. The "D" channel can also carry data up to 9600 bits per second in addition to the control and signaling information. Signaling and control on the D channel conforms to a protocol (LAPD) and a messaging structure (Q.931). These two allow intelligent endpoints and switching nodes from different vendors to talk a common language and thus be able to transfer features across a network, from one switch to another, e.g. to transfer a Centrex call across town through several switches and to have it arrive at the end phone with the calling party's name.

**How An ISDN Network Works**




2. The 2B+D "U" interface. This "U" interface delivers the same two 64 kbps bearer channels and one 16 kbps data channel, except that it uses 2-wires (one pair) and can work at 5-10 kilometers from the central office switch driving it. The "U" interface is the most common ISDN interface. It carries 160,000 bits per second from the central office to your home or office. Of those 160,000 bits, 128,000 bits are used for two 64,000 bps Bearer (B) channels and 16,000 bits are used for data (the D channel). The remaining 16,000 bits is used by the network for signaling between the black box on the subscriber premises and the central office. The idea is to get the ISDN "U" interface working to 18,000 feet — the average length of a North American subscriber local loop. There are two ways of setting up ISDN BRI service in North America today. The most common way is with a board or PCMCIA card that plugs into your computer (similar to an internal modem) In the U.S., the NT-1 (see below) is usually included on the board which costs around $100. The board may also have an analog port into which you can plug your analog phone, fax, or even modem. In the older days, you'd connect the two "U" wires (local loop pair) coming in from your local ISDN CO into a black box about the size of desk printing calculator, called an NT-1. Out the side of the black box comes four wires, which are called the "S Bus." Onto these four wires you can attach, in a loop configuration (also called single bus), as many as eight ISDN terminals — telephones, fax machines, etc. That S bus allowed more devices to be attached to your ISDN line than the board that fits into your PC. The board, however, is a lot easier to install. See ISDN.

3. The 23B+D or 30B+2D. This is called the Primary Rate Interface (PRI). At 23B+D, it is 1.544 megabits per second. At 30B+2D, it is 2.048 megabits per second. The first, 23B+D is the standard T-1 line in the U.S. which operates on two pairs. The second 30B+2D is the standard E-1 line in Europe, which also operates on two pairs or wires (i.e. four conductors).

Integral to ISDN's ability to produce new customer services is ITU Signaling System 7. This is a ITU-T recommendation which does two basic things: First, it removes all phone signaling from the present network onto a separate packet switched data network, thus providing enormous economies of bandwidth. Second, it broadens the information that is generated by a call, or call attempt. This information — like the phone number of the person who's calling — will significantly broaden the number of useful new services the ISDN telephone network of tomorrow will be able to deliver.

ISDN has "enjoyed" many "meanings," including I Still Don't Know to It Still Does Nothing its most recent, I Smell Dollars Now.

For more on ISDN, see euro-ISDN, Intel blue, ISDN 2, ISDN 30, ISDN standards, ISDN telephone, ISUP, ISDN network termination 1, personal computer terminal adapter, Proshare,

q.931, robbed bit signaling, signaling system 7, spid and tcap.

**ISDN 2** What the Americans call ISDN BRI, the British call ISDN 2, which is ISDN with two BRI channels and one D channel.

**ISDN2e** Euro-ISDN BRI. See ISDN 2 and ISDN.

**ISDN 30** The name of an ISDN service which delivers 30 ISDN BRI lines over a single line. ISDN 30 is a fancy name for ISDN on an E-1 line. You find it in countries outside North America, especially Europe. ISDN 2, in the UK, is their name for what Americans call ISDN BRI. See ISDN.

**ISDN Basic Link Facility** Here is a Nynex definition: The ISDN Basic Link Facility consists of a local transmission facility terminated in the local central office and in a suitable network interface device that is capable of supporting ANSI standard ISDN Basic Rate 2 Binary 1 Quaternary U interface line coding scheme. The standard ISDN Basic Link Facility is 18,000 cable feet or less from the central office termination or served via appropriate electronic equipment, to the Network Termination One device located on the customer's premises.

**ISDN BRI Service** 2B+D - Two bearer channels and one D channel to your desktop. There are many varieties of ISDN BRI service. The three most common are National ISDN-1 compliant, AT&T 5ESS Custom (an older form of ISDN BRI) and Northern Telecom DMS 100 ISDN. With ISDN BRI, you choose your ISDN equipment first, figure out what it needs, check whether what it needs is available from your local telephone company, then get your line installed, then buy your equipment. Changing your line specs later is expensive and slow. ISDN is still a very first generation product, though when you get it working, it usually works thereafter relatively flawlessly. See ISDN.

**ISDN Forum** See Vendors ISDN Association.

**ISDN Integrated Access Bridge/Router** A remote access device that connects the computer to an ISDN line and which performs bridging and/or routing as well as a supporting analog devices such as phones or faxes.

**ISDN Modem** A special kind of ISDN Terminal Adapter (see ISDN Terminal Adapter) with enhanced functionality (software, hardware, etc.) to allow it to connect and exchange data with conventional analog modems. Ordinary ISDN terminal adapters can only support data communications with other ISDN devices. They lack the ability to communicate with conventional modems. Because of this, the many on-line services and other analog modem-based applications are not available to users of normal ISDN terminal adapters. The extra functionality in ISDN modems allow their users to make use of these and other existing analog modem-based services. This definition supplied by Paul D. Cook or Ameritech, who once wrote a White Paper describing the obvious need for such a device.

**ISDN Multirate** ISDN Multirate is a network-based ISDN service that allows users' network access equipment to add B channels as needed, depending on bandwidth demands, in increments if 64 Kbps, up to 1.536 Mbps. Access to ISDN Multirate service is obtained over ISDN PRI lines.

**ISDN Network Termination Device** You can't plug your ISDN phone directly into an ISDN line like you can with today's analog lines. You need a black box, called a Network Termination device, called an NT1, as in Network Termination 1. In North America you can pick one of these devices up for under $250. The NT1 provides an interface between the ISDN loop and an S or T interface terminal, such as an ISDN phone, or a PCTA (Personal Computer Terminal Adapter). The PCTA is the device which turns a PC into an ISDN terminal/phone. The NT1 is the classic ISDN "black box." It sits on the subscriber's premises at the end of the subscriber loop coming in from the phone company. It links to the ISDN central office. And, in turn, all ISDN terminals, phones and other devices on the subscriber premises are plugged into this black box. The basic NT1 functions are:

- Line transmission termination.
- Layer 1 line maintenance functions and performance monitoring.
- Layer 1 multiplexing, and
- Interface termination, including multi drop termination employing layer 1 contention resolution.

Some ISDN devices — such as LAN hubs — now come with NT1s built in. See ISDN.

**ISDN Overflow/Diversion** A feature of Rockwell Galaxy ACDs. ISDN Overflow/Diversion allows Galaxy ACD users to overflow calls between multiple switches using PRI D-channels and B-channels through the public network. This gives the user a virtual private network without the cost of dedicated trunks. By using ISDN messages to overflow a call, specific information associated with the call can be passed to the destination switch, such as ANI, DNIS, and delay time in queue at the originating switch.

**ISDN PRI** PRI stands for Primary Rate Interface. In North America, ISDN PRI can be thought of as "enhanced T-1." And some long distance carriers are only delivering T-1 in this format. In this ISDN-PRI format, it has major benefits — chiefly the extra bandwidth and benefits derived from the much richer and much faster out-of-band signaling. For example, ANI (Automatic Number Identification, DNIS (Dialed Number Identification Service), etc. are delivered much better this way. ISDN PRI is 24 B (bearer) channels, each of which is a full 64,000 bits per second. One of these channels is typically used to carry signaling information for the 23 other channels. If you're running voice on a single ISDN-PRI, you get 23 voice channels, compared to 24 if you run voice on a T-1 line. However, if you get multiple ISDN-PRI lines, you can often carry the signaling for those voice lines on that one B channel and thus get 24 on each of the others. For example, some voice processing cards will let you support up to eight ISDN PRI channels on one B channel — i.e. the first PRI gives you 23 voice channels. All seven others will give you 24 channels. In Europe, ISDN PRI is 30 bearer channels of 64 Kbps and two signaling channels, each of 64 KBps.

**ISDN Repeaters** ISDN repeaters let telephone companies extend ISDN lines up to 48,000 feet from their central office. This means they can send ISDN to people further away.

**ISDN Router** You have a local area network in your office. You want to join that LAN to the Internet and/or your company's private Intranet. You can do the joining with any number of communications lines, from slow dial-up analog lines to high-speed T-3 and everything in between. One of those in-betweens is an ISDN BRI line. An ISDN router is a device which joins a LAN to an ISDN line. It combines the functionality of an ISDN Terminal Adapter (TA) and a TCP/IP router for access to an ISDN network. The TA function accomplishes the interface between the ISDN network and devices which are not ISDN compatible. The router function allows multiple workstations to access the ISDN network, as well each other, through what essentially is a LAN hub with TCP/IP routing capabilities. See also ISDN Terminal Adapter.

**ISDN Standards** The path of a call in an ISDN network is based on standards:

1. ISDN User A signals the public network over a standard interface. The 2B1Q protocol is used by the terminal as well as the line card in the telephone company central office. The 2B1Q arranges the bits of a digital ISDN signal in a standard manner over the twisted pair connecting the user and the central office. Bellcore TR268 establishes protocols for signaling between the caller and the network.
2. TR444 and TR448 define the standard protocols that allow ISDN services to be carried by the SS7 network.
3. TR317 defines the protocols for standard SS7 networking between the LEC's intraLATA switches that, when combined with TR444 and TR448, can deliver ISDN services.
4. TR394 defines the protocols for standard SS7 networking of the interLATA switches that, when combined with TR444 and TR448, provide the interface for ISDN services and the interexchange network.
5. ISDN UserB, equipped with the standard network interface and using the 2B1Q and TR268 protocols, is prepared to receive the ISDN call from User A. The network delivers the ISDN call information carried over SS7 from User A to User B in the call set-up message.

**ISDN Teladapter** A Northern Telecom term for a device which connects a national ISDN 1 telephone and a Macintosh to a Northern Telecom switch via an ISDN line card.

**ISDN Telephone** An ISDN phone can attach to an ISDN basic rate interface. It typically has one digital voice (at 64 kbps) channel and two data options — one for packet switched services (up to 9600 bps) and another for circuit switched data (up to 64 kbps). It will also have an RS-232-C connector on its back and a two line, 48-character LCD adjustable display. It will also have a bunch of dedicated buttons for standard stuff — last number redial, speed dial, on-hook dialing, listen-on-hold, etc. Some ISDN phones work behind most ISDN central offices — e.g. the Telrad phones. Most don't. They have to work behind the central office they were designed for. Or did have to. In February, 1991, Bellcore issued a technical specification for a standard ISDN phone line. The idea of National ISDN-1 is that it be a set of standards which every manufacturer can conform to. A consumer can buy an ISDN phone (one conforming to National ISDN-1) at his local Radio Shack (or other store) take it home, plug it in and know it will work, irrespective of whose central office he's connected to. At time of writing most ISDN phones cost over $600. Some cost nearly $1,000. Some cost more than a personal computer. In late fall of 1992 there was increasing talk that PCs will soon come with telecom ports — able to accept the ISDN signal directly from the central office, without the need for a separate (and expensive ISDN) phone instrument. The PC and the software within it, will then become the phone (presumably with a handset, headset or earset attached to the back of the PC). See

specific node at the next higher level of the hierarchy.

**Parent Peer Group** The parent peer group of a peer group is the one containing the logical group node representing that peer group. The parent peer group of a node is the one containing the parent node of that node.

**Parity** A process for detecting whether bits of data (parts of characters) have been altered during transmission of that data. Since data is transmitted as a stream of bits with values of one or zero, each character of data composed of, say seven bits has another bit added to it. The value of that bit is chosen so that either the total number of one bits is always even if Even Parity error correction is to be obeyed or always Odd if odd Parity error correction is chosen.

Here's an explanation (better, but longer) from The Black Box Corporation in Pittsburgh: Many asynchronous systems append a parity bit following the data bits for error detection. Parity bits trap errors in the following way. When the transmitting device frames a character, it counts either the number of 0s or 1s in the data bits and appends a parity bit that corresponds to whether or not the count in the data bits was even or odd. The receiving end also counts the data bit 0s or 1s as it receives them and then compares the computation to the parity bit. If an error is detected, a flag can be set and retransmission may be requested. When even parity is chosen, the parity bit is set at 0 if the number of 1's in the data bits is even and it is set at 1 if the number of 1's is odd. Conversely, odd parity sets the parity bit at 1 if the number of 1's in the data bits is even, and it is set at 0 if the number of 1's is odd. Other parity selections include mark, space or off. Mark parity always sets parity at 1. Space parity always sets parity at 0, and "off" tells the system to ignore the parity bit.

**Parity Bit** A binary bit appended to an array of bits to make the sum of all the bits always odd or always even. See ASCII and Parity.

**Parity Check** A method of error-detection in binary data transmission whereby an extra bit is added to each group of bits (usually a character of data). If parity is to be odd, then the extra or parity bit is assigned either a one or zero so the total number of ones in the character will be odd. If the parity is even, the parity bit is assigned a value so that the total number of ones in the character is even. This way errors can be detected. See Parity.

**Park** 1. A telephone system feature that (like many features) may mean different things depending on who created it. One definition of "park" is that I dial another extension and park the call at that extension. It doesn't ring. Then I go over to that extension and pick up the phone and I'll be speaking with whoever I parked over there. This feature is useful if I have to go to another phone to find some information the caller wants. There's another definition of the telephone system meaning of "park." You have a single line phone. You put that call on a variation of hold. Then you or anyone else can pick up any phone in that pickup group and you will have your parked call.

2. In the language of hard disks, "parking" means moving the read/write head to a safe area of the hard disk when you're ready to turn the disk off. "Parking" places the heads of a hard disk in a locked position so that the storage medium (i.e. the hard disk) will not be damaged during transit. This is useful because it keeps the head from bouncing on data areas of the disk and damaging the disk. Some hard disks have a program called "park" which you run before you turn off the machine. Others do it (self-park) automatically. All hard disks on laptops are self-parking. Most modern disks are. You ought to check. It's very important.

**Park Timeout** A PBX feature. This is the period of time before an unanswered Call Park call is redirected to the Prime Phone for the line the call is on.

**Parked Unit** A Bluetooth term. Devices in a piconet which are synchronized but do not have a MAC addresses.

**PARS** PARS are Purchase of Accounts Receivables. These are what the LECs (local exchange carriers) send to their long distance carriers who they have a B&C (Billing and Collections)agreement with.

**Parse** In linguistics it means to divide the language into components that can be analyzed. Parsing a sentence involves dividing it into words and phrases, then identifying and naming each component. Parsing is very common in computer science. Compilers must parse source code to translate it into object code. Applications that processes complex commands must also parse the commands. Parsing is divided into lexical analysis and semantic parsing. Lexical analysis divides strings into components, called tokens, based on punctuation and other keys. Semantic parsing works to define the meaning of the string once it's been broken down into individual components.

**Part 68 Requirements** Specifications established by the FCC as the minimum acceptable protection communications equipment must provide the telephone network. Meeting these requirements does not certify that equipment performs any task. Part 68 is the section of Title 47 of the Code of Federal Regulations governing the direct connection of telecommunications equipment and premises wiring with the public switched telephone network and certain private line services, e.g., foreign exchange lines (customer premises end), the station end of off-premises stations associated with PBX and Centrex services, trunk-to-station tie lines (trunk end only), and switched service network station lines (common control switching arrangements); and the direct connection of all PBX (or similar) systems to private line services for tie trunk type interfaces, off-premises station lines, automatic identified outward dialing and message registration. These rules provide the technical, procedural and labeling standards under which direct electrical connection of customer-provided telephone equipment, systems, and protective apparatus may be made to the nationwide network without causing harm and without a requirement for protective circuit arrangements in the service provider's network. Form 730 Application Guide is a collection of literature you'll need to register your telephone/telecom equipment under Part 68 of Title 47 at the Federal Communications Commissions. To get this material (it's free) drop a line or call the Federal Communications Commission, Washington DC 20554. FCC's general # is 202-418-0200. The Bureau Chief's # is 202-418-1500. As I write this edition, the person at the FCC in charge is Reed Hunt who also puts out a very useful newsletter for Part 68 applicants. The newsletter is called "The Billboard." You can file Form 730 yourself, but the Form 730 Application Guide also contains a list of Part 68 Certification Laboratories, a list of technical references and a list of reference sources. www.fcc.gov

**Part X** A reference to Part 64 or 68 of the MFJ (Modified Final Judgement) given to the RBOCS by Judge Harold Green. It specified the separation of customer-owned equipment and telephone owned equipment as well as telephone company demarcation.

**Partial Meshed Network** A type of wide area network topology in which every remote location is not connected directly to every other remote location, but instead is connected directly to a small subset of locations. It is a topology with more direct connectivity than a star configuration, but less direct connectivity than a fully meshed configuration.

**Partially Perforated Tape** Same as chadless tape. See Chadless Tape.

**Partition** As a verb, partition means to divide a network into independent segments or to divide a disk or tape drive into independent volumes. As a noun, a partition is a division of memory or hard disk. For example, the MS-DOS and Windows operating systems can allocate hard disk space for one or more partitions, each of which behaves as a physically distinct hard disk. The largest MS-DOS partition permitted is two gigabytes.

**Partitioned Emulation Programming Extension** PEP. An IBM special software package that, with the Network Control Program (NCP), allows the same communications controller to operate in split mode, controlling an SNA network while at the same time managing a number of non-SNA communications lines. It was developed by IBM to facilitate migration of users to SNA.

**Partitions** Sections on a hard disk. You can divide your hard disk into as many as four partitions to run four operating systems. See also 32-Megabyte Barrier.

**Party** A particularly stupid word for the person making or receiving a phone call, as in the calling party (caller) or the called party (person called). Sometimes the phone industry calls a subscriber to their service a "party," as in four-party phone lines. Party is now now used in the airline business, as in "How many people will there be in your party?" As if traveling were fun any longer.

**Party Identification** Identifying the person who is placing a call on a party line, i.e. phone line with several people sharing it. Often found in rural locations.

**Party Line** 1. Saying what your company or boss wants you to say.

2. A telephone line with several subscribers sharing its use.

**Party Line Service** Telephone service which provides for two or more phones to share the same loop circuit. Party line service, which is becoming less common, is offered in two-party, four-party and eight-party versions. Interestingly, there is a version of ISDN in which several subscribers do share the same ISDN line — but they would rarely be affected by it because of ISDN's specialized signaling and the two phone lines in its 2B+D bandwidth.

**Party Line Stations** Two party phone service can be expanded to support to multi-party service.

**Pascal** A programming language designed for general information processing and noted for its structured design. Pascal originally was specified by Niklaus Wirth, a computer scientist at the Institut fur Informatic in Zurich, Switzerland in 1968. It is named in honor of Blaise Pascal, a 17th century mathematician who developed one of the first calculating machines.

**Pass Band** A spectrum of frequencies conducted by an electronic device and usually defined by upper and lower -3 dB points. See Passband.

P

obliged to guarantee that the phone company will receive a minimum amount of money out of the phone. The phone company will typically not pay a commission on this type of phone and takes all the money in the coin box for itself. What is a "public" and what is a "semi-public" phone is a decision made by the local telephone company for whatever reason it chooses. The pay phone business is rapidly deregulating. It is now legal to own your own payphone.

**Paystation, Postpay** Calls are paid for after they are completed, typically with a credit or calling card, etc.

**Paystation, Prepay** Calls must be paid for before they can be dialed. Virtually all local calls are prepay.

**Paystation, Public** A coin phone installed in a "public" place. The phone company is totally responsible for its installation. The phone company will typically pay someone — the city, the bus station owner
—. a commission on the calls made from this phone. See Paystation, Semi-Public.

**Paystation, Semi-Public** A coin phone installed for public use but installed in a "semi-private" place, such as a restaurant or bar. The proprietor of the establishment is obliged to guarantee that the phone company will receive a minimum amount of money out of the phone. The phone company will typically not pay a commission on this type of phone and takes all the money in the coin box for itself. What is a "Public" and what is a "Semi- Public" phone is a decision made by the local telephone company for whatever reasons it chooses. The pay phone business is rapidly deregulating. So the rules are changing. And it is now legal to own your own payphone.

**PB** Petabyte. See Petabyte.

**PBNM** Policy-Based Network Management. See Policy-Based Networking.

**PBS** Personal Base Station. A PCS (Personal Communications System) term. A PCS subscriber might use a "High-Tier" PCS service, which effectively is cellular service using PCS frequencies. When at home, the PCS set acts as a cordless phone, establishing a wireless link to the PBS. When in close enough proximity to have sufficient signal strength, the PBS takes over from the PCS carrier's cell site. All PBS calls then are routed over the landline PSTN, thereby avoiding cellular usage charges. In a business environment using a PCS wireless office system, the PCS set and the wireless controllers establish the same relationship.

**PBX** Private Branch eXchange. A private (i.e. you, as against the phone company owns it), branch (meaning it is a small phone company central office), exchange (a central office was originally called a public exchange, or simply an exchange). In other words, a PBX is a small version of the phone company's larger central switching office. A PBX is also called a Private Automatic Branch Exchange, though that has now become an obsolete term. In the very old days, you called the operator to make an external call, except in Europe. Then later someone made a phone system that you simply dialed nine (or another digit — in Europe it's often zero), got a second dial tone and dialed some more digits to dial out, locally or long distance. So, the early name of Private Branch Exchange (which needed an operator) became Private AUTOMATIC Branch Exchange (which didn't need an operator). Now, all PBXs are automatic. And now they're all called PBXs, except overseas where they still have PBXs that are not automatic.

At the time of the Carterfone decision in the summer of 1968, PBXs were electro-mechanical step-by-step monsters. They were 100% the monopoly of the local phone company. AT&T was the major manufacturer with over 90% of all the PBXs in the U.S. GTE was next. But the Carterfone decision allowed anyone to make and sell a PBX. And the resulting inflow of manufacturers and outflow of innovation caused PBXs to go through five, six or seven generations — depending on which guru you listen to. (See my definition for GENERATIONS in this dictionary). Anyway, by the fall of 1991, PBXs were thoroughly digital, very reliable, and very full featured. There wasn't much you couldn't do with them. They had oodles of features. You could combine them and make your company a mini-network. And you could buy electronic phones that made getting to all the features that much easier. Sadly, by the late 1980s the manufacturers seemed to have finished innovating and were into price cutting. As a result, the secondary market in telephone systems was booming. Fortunately, that isn't the end of the story. For some of the manufacturers in the late 1980s figured that if they opened their PBXs' architecture to outside computers, their customers could realize some significant benefits. (You must remember that up until this time, PBXs were one of the last remaining special purpose computers that had totally closed architecture. No one else could program them other than their makers.) Some of the benefits customers could realize from open architecture included:

* Simultaneous voice call and data screen transfer.
* Automated dial-outs from computer databases of phone numbers and automatic transfers to idle operators.
* Transfers to experts based on responses to questions, not on phone numbers.

And a million more benefits.

There are two alternatives to getting a PBX. You can buy the newer, open more full-featured version called a communications server. Or you can subscribe to your local telephone company's Centrex service. For a long explanation on Centrex and its benefits, see Centrex. Here are some of the benefits of a PBX versus Centrex:

1. Ownership. Once you've paid for it, you own it. There are obvious financial and tax benefits.
2. Flexibility. A PBX is a far more flexible than a central office based Centrex. A PBX has more features. You can change them faster. You can expand faster. Drop another card in, plug some phones in, do your programming and bingo you're live.
3. Centrex benefits. You can always put Centrex lines behind a PBX and get the advantages of both. In some towns, Centrex lines are cheaper than PBX lines. So buy Centrex lines and put them behind your PBX. Make sure you don't pay for Centrex features your PBX already has. (It has most.)
4. PBX phones. There are really no Centrex phones — other than a few Centrex consoles. If you want to take advantage of Centrex features, you have to punch in cumbersome, difficult-to-remember codes on typically single line phones. PBXs have electronic phones, often with screens and dedicated buttons. They're usually a lot easier to work. A lot easier to transfer a call. Conference another, etc. A lot more productive.
5. Footprint savings. Modern PBXs take up room, more than Centrex. But the space they take up is far less than it used to be. PBXs are getting smaller.
6. Voice Processing/Automated Attendants. Centrex's DID (Direct Inward Dialing) feature was always pushed as a big "plus." You saved operators. However, you can now do operator-saving things with PC-based voice processing and automated attendants you couldn't do five years ago. These things work better with on-site standalone PBXs than with distant, central office based Centrex. Moreover, virtually every PBX in existence today supports DID. You can dial directly into PBXs and reach someone at their desk just as easily as you can dial directly using Centrex.
7. Open Architecture. Most PBXs have open architecture. See OAI for the benefits. Central offices don't.
8. Good Reliability. There have been sufficient central office crashes and sufficient improvement in the reliability of PBXs that you could happily argue that the two are on a par with each other today. Both are equally reliable, or unreliable. The only caveat, of course, is that you back your PBX up with sufficient batteries that it will last a decent power outage. Of course, that assumes that your people will be prepared to hang around and answer the phones during a blackout.
9. Expansion. Central offices are big. Allegedly you can grow your lines to whatever size you want. In contrast, PBXs have finite growth. It's true about PBXs. But it's equally true about central offices. I've personally heard too many stories about central office line shortages to believe in the nonsense about "infinite Centrex" growth. Fact is central offices grow out, just like PBXs. Given the tight economy of recent years, local phone companies have not been buying the central offices they should have. And they have been filling central offices up a little too tight for my taste.
10. Technological obsolescence. Allegedly central offices are upgraded faster than PBXs and therefore are always up to date technologically. It's nonsense. The life cycle of a typical central office was 40 years until recently. It's now around 20 years. Think of what's happened to PCs in the past 10 years — the IBM PC debuted only in 1981 — and you can imagine how obsolete many of the nation's central offices are.

**PBX Central Office Trunk** PBX central office (CO) trunks connect the PBX switch to the central office serving the PBX location. The trunks appear as station lines at the central office equipment.

**PBX Driver Profiles** Telephony Services (also called TSAPI) is software which AT&T (now Lucent) invented to run on NetWare servers and allow those servers to communicate with PBXs. According to a presentation made by Oliver Tavakoli of Novell in late August, 1994, "The purpose of TSAPI is to make it easier for developers to create telephony applications. Given the broad scope of TSAPI and the number of ways in which PBX vendors can package and deliver solutions, applications being developed against TSAPI are unlikely to work with a large cross-section of PBXs. This is particularly problematic for application developers wishing to add simple telephony features to a product that is not telephony centric. In order to spur the growth of CTI application development, Novell has created 'profiles' that are placed on top of TSAPI. The profiles listed in this document (i.e. the

assigned by the local telephone company to the telephone numbers of all the subscribers to that carrier to ensure the calls are routed over the correct network. When a subscriber switches long distance carriers, it often is referred to as a PIC change. A LPIC is an IntraLATA Primary Interexchange Carrier, which may be different from the InterLATA PIC.

**Primary InterLATA Carrier** The IC designated by a customer to provide interLATA service automatically without requiring the customer to dial an access code for that carrier. See Presubscription. Same as a Primary Interexchange Carrier.

**Primary Link** The active LAN connection. When it fails the LAN is switched to the Backup link.

**Primary Partition** A portion of a physical disk that can be marked for use by an operating system. Under MS-DOS, there can be up to four primary partitions (or up to three, if there is an extended partition) per physical disk. A primary partition cannot be subpartitioned.

**Primary Rate Interface** The ISDN equivalent of a T-1 circuit. The Primary Rate Interface (that which is delivered to the customer's premises) provides 23B+D (in North America) or 30B+2D (in Europe) running at 1.544 megabits per second and 2.048 megabits per second, respectively. There is another ISDN interface. It's called the Basic Rate Interface. It delivers 2B+D over either one or two pairs. In ISDN, the "B" stands for Bearer, which is 64,000 bits per second, which can carry PCM-digitized voice or data. See ISDN for a much better explanation.

**Primary Resource** An SCSA definition. The main resource around which a Group is constructed. Typically, the primary resource will be an interface to the telephone network, but it may also be a switch port.

**Primary Routing Point** The switch designated as the channel point for a long haul telephone call.

**Primary Server** The SFT III Novell NetWare server that has been operating longer than its partner and is currently servicing the attached workstations. The primary server is the SFT III server that network workstations "see," and the one to which they send requests for network services. Routers on the internetwork see only the primary server and send routing packets to it. The primary server's IOEngine determines the order and type of events that are sent to the MSEngine. Only the primary server sends reply packets to network workstations. The secondary server is the SFT III NetWare server that is activated after the primary server. Either server may function as primary or secondary, depending on the state of the system. You cannot permanently designate which server is primary or secondary. System failure determines each server's role, that is, when the primary server fails, the secondary server becomes the new primary server. When the failed server is restored, it becomes the new secondary server.

**Primary Station** A network node that controls the flow of information on a communications link. Also, the station that, for some period of time, has control of information flow on a communications link (in this case primary status is temporary).

**Primary Storage** The main internal storage.

**Primary Wire Center** A switching center in the AT&T/Bell system hierarchy of exchange classes. The primary center is a Class 3 exchange. It is used to connect toll offices and less frequently to connect a toll center with a local end office. Primary centers are capable of connecting toll centers through sectional centers and then to local end offices to establish communication connections when simple routing possibilities are busy.

**Prime Focus Parabolic Antenna** There are two types of satellite antennas — a prime focus parabolic antenna and an offset parabolic antenna. A "normal" satellite antenna is a pure parabola. It's been around forever. A newer antenna, called the offset antenna is taller than it is wide. According to the manufacturers, the offset antenna design makes for more efficient use of the antenna surface than a traditional prime focus parabolic antenna. What that means is that it captures more of the satellite signal hitting the antenna. Offset antennas are more expensive than the "normal" parabolic satellite antennas, which are called "prime focus parabolic antennas." They are more expensive because they cost more to make since they typically must be made out of one sheet of metal. Offset antennas are harder to carry around, since you can't make them out of several foldover sheets of metal.

**Prime Line** A key system feature. You can program your phone set to automatically select a certain phone line whenever your lift the receiver or press the Handsfree/Mute button. The line that appears is called the Prime Line.

**Prime Line Preference** When you pick up the handset on your key system or hybrid key, you are automatically connected to your preferred line (central office or intercom), rather than having to punch down an extra line button. Some phone systems tout this as a feature. Some have it set up where you simply leave one of the line buttons depressed and it doesn't pop up when you put your handset back into its cradle. Most 1A2 phone systems have this feature. Not all electronic phone systems do. Walker breaks the features into Prime Line Outgoing and Prime Line Incoming, and allows you to program the phones separately.

**Primitive** An abstract, implementation independent, interaction between a layer service user and a layer service provider. See Primitives.

**Primitives** Abstract representations of interactions across the service access points indicating information is passed between the service user and service provider. There are four types of primitives in the OSI Reference Model — request, indication, response and confirm.

**Principal** First or highest in importance. An owner or part-owner of a business. A person who authorizes another, as an agent, to represent him. Often confused with principle, not that a principal necessarily has any principles. See Principle.

**Principle** A general or fundamental truth on which others are based. A rule of conduct. Often confused with principal. See Principal.

**Principal Headend** According to the FCC's definition, the principal headend of a cable television system is: If the system has one headend, that headend is the "Principal Headend" and if the system has two or more headends, the operator may designate the "Principal Headend". However, once designated, it cannot be changed except for "good cause". The location of the Principal Headend is a factor in determining the must-carry status of certain broadcast stations.

**Print Control Character** A coded control character used to instruct the receiving unit on how a message is to be formatted in hard copy. Print control characters include carriage returns, back spaces, line feeds, tabs, etc.

**Print Server** A networked computer, usually consisting of fixed-disk storage and a CPU, that controls one or more printers that can be shared by users.

**Print Spooler** An application that manages print requests or jobs so that one job can be processed while other jobs are placed in a queue until the printer has finished with previous jobs. See Print Spooling.

**Print Spooling** A technique used to schedule printing tasks to one printer and to free up computer time from the slow task of feeding a slow printer (Any printer is slow compared to the speed of a computer). A small program or program/machine called the spooler does the scheduling. A user loads the print task to the spooler and when the print task's turn comes, the job is printed. Print spooling is handled several ways: You can allocate part of the computer's main memory to become a print spooler. You can allocate part of the company's disk memory to become a print spooler. You can get an external device called a print spooler. It will have all the storage space and software necessary. There are two primary advantages to Print Spooling: 1. You can use the spooler to save your and your computer's time. Dump the report to a print spooler at thousands of bits per second. Get on with something else on the computer. 2. You can use a print spooler to schedule several users' printing requests. This is particularly good in multi-user environments — for example, where the printer is a laser printer (and therefore expensive) and is attached to a LAN (Local Area Network).

**Printed Circuit Board** PCB. Flat material (fiberglass/epoxy) on which electronic components are mounted. A PCB also provides electrical pathways called traces, that connect components. Printed circuit boards are what PBXs and computers are made of these days. Be careful when you're replacing PCBs. They're usually very sensitive to static electricity. Handle them only when you're attached to a static electricity strap that is properly grounded. Lay them down only on a surface you're sure is static electricity free. And don't touch the components on PCBs whatever you do.

**Printed Wire Assembly** A printed wire assembly is another name for a printed circuit board (PCB) or printed wiring board (PWB) with all the components stuffed into the board.

**Printer** A device which takes computer information and prints it on paper.

**Printer Control Language** PCL. See PCL.

**Printer Driver** A program that controls how your computer and printer interact. A printer driver file supplies information such as the printing interface, description of fonts, and features of the installed printer.

**Printer Emulation** A fax term for mimicking a printer-generated document. This way, the outgoing fax will look as if it has come from the printer attached to the computer. This can include full formatting, as well as letterhead, signature and graphic images.

**Printer Font** A font stored in your printer's memory, or soft fonts that are sent to

your printer before a document is printed.

**Printer Server** A computer and/or program providing LAN (Local Area Network) users with access to a centralized printer. A person using the LAN will send a message to the printer server computer. This computer will then assign it a piece of memory or disk space to store its file while it waits to be printed. With a printer server, users can send to the printer any time. Their print jobs are usually handled in the order they are received. But "big bosses" can be given priority and can be bumped to the top of the queue. Print servers allow fewer printers to satisfy more users. Print servers are also especially useful for expensive, laser or high speed printers because they (the print servers) spread the cost of these expensive machines over many users, making them more affordable. See Print Spooling.

**Printer, Wire** A matrix printer which prints using a set of wire hammers which strike the page through a carbon ribbon to generate the matrix characters.

**Prioritization** The process of assigning different values to network users, such that a user with higher priority will be offered access or service before a user with lower priority. Increasingly available as an added option with network operation. Any procedure where different levels of precedence exist.

**Prioritization Parameters** The hierarchical rules which a network device, such as a router, applies to incoming traffic to determine which traffic should be handled first, next, and so on.

**Priority** A ranking given to a task which determines when it will be processed.

**Priority Bumping** The process during a link, trunk or facility failure where lower priority user access to network services is interrupted in order to offer those services or bandwidth to a pre designated higher priority user.

**Priority Call** 1. Emergency calls to the attendant bypass the normal queue and alert the attendant with some special signal.
2. The name of a Bell Atlantic service. While all callers are important, some are more critical to your business. So give your high-priority callers a ring of their own with Priority Call. Simply use your phone to program up to six callers' numbers. When any of these people call, you'll know right away because you'll hear a different ring. If you have Call Waiting, you'll hear a Priority "beep" when you're on the phone. This way, you'll only have to interrupt your work to take priority calls.
3. This PBX feature allows an urgent intercom voice call to be made when the called telephone is busy or has Do Not Disturb activated. Priority Call should not be made available to everyone, and should be selectively programmed.

**Priority Indicator** A character or group of characters which determine the position in queue of the message in relation to the urgency of other messages. Priority indicators control the order in which messages are to be delivered.

**Priority Ringing** A name for a Pacific Bell (and possibly other local telephone companies') service which alerts you to have calls from selected numbers ring at another number.

**Priority Transport** The capability of a network for certain classes of traffic to have priority over others and thus have lower delay or otherwise better performance.

**Priority Trunk Queuing** Through user-chosen trunk access level, this PBX feature places any caller with this or higher level in the class of service assignment ahead of callers waiting for the same trunk group (or Agent Group in the case of incoming ACD calls).

**Privacy** Privacy usually means that once a caller "seizes" a line, no other user can access that same line even though it appears on his/her key set. Privacy can be automatic or selected for each call.

**Privacy And Privacy Release** All other extensions of a line are unable to enter a conversation in progress unless the initiating telephone releases the feature.

**Privacy Enhanced Mail.** PEM. An Internet electronic mail capability which provides confidentially and message integrity using various encryption methods.

**Privacy Lockout** Privacy automatically splits the connection whenever an attendant would otherwise be included on the call, i.e. the attendant can't listen in to a call she's just extended to someone. A tone warning is generated when the attendant bridges into a conversation in progress.

**Privacy Override** Activation of a special pushbutton allows the phone user to access a given busy line, even though the automatic exclusion facility is being used by the station on that line. This privilege of Privacy Override is usually only given to Big Bosses.

**Private ATM Address** A twenty-byte address used to identify an ATM connection termination point.

**Private Automatic Branch Exchange** PABX. A private telephone switch for a business or an organization in which people have to dial "9" to access a local line. In the old days, private branch exchanges were manual, meaning that operators/attendants were needed to manually place calls. Then the systems improved and you were able to dial the outside world from your extension without the help (or hindrance?) of an operator. Thus they became known as private automatic branch exchanges. But then all PBXs became Automatic. So these days, PABXs are all called PBXs, except in some countries outside North America, where they're still called PABXs. See also the next definition and PBX.

**Private Branch Exchange** PBX. Term used now interchangeably with PABX. PBX is a private telephone switching system, usually located on a customer's premises with an attendant console. It is connected to a common group of lines from one or more central offices to provide service to a number of individual phones, such as in a hotel, business or government office. For the biggest definition, see PBX. See also PABX.

**Private Carrier** An entity licensed in private services and authorized to provide communications service to others for money.

**Private Dial-In Ports** A packet network term. For customers who have many calls, the packet network operator provides dedicated, unpublished phone numbers. The idea is to give the preferred user better service.

**Private Domain Name** A standard attribute of an O/R (Originator/Recipient) Address that identifies a PRMD (Private Management Domain) generally relative to an ADMD (Administrative management Domain). An X.400 term.

**Private Exchange** PX. A telephone switch serving a particular organization and having no means of connection with a public exchange. In other words, a phone system just for intercom calls.

**Private Eye** Around 1925, the Pinkerton Detective Agency adopted "We Never Sleep" as its motto. To symbolize this, the motto was shown over the picture of an open, ever-wakeful eye. The popularization of this emblem led to private detectives being called "private eyes."

**Private Facility Trunk** A telephone company AIN term. A transmission facility that carries non-public switched telephone network (PST) traffic. An example of a private facility trunk is an access arrangement to a switch supporting PBXs, including the switched end of a Foreign Exchange (FX) and an Off Network Access Line (ONAL).

**Private Internet eXchange.** PIX. It's a Cisco term for a family of their remote access routers with firewall capabilities.

**Private Key** An encryption technique which requires that the decrypting key be kept secret. Also known as single-key and secret-key. See Public Key and Encryption for more detail.

**Private Leased Circuit** A leased communications circuit, available 24 hours a day, 7 days a week, that connects a company's premises with a remote site.

**Private Line** 1. A direct circuit or channel specifically dedicated to the use of an end user organization for the purpose of directly connecting two or more sites in a multisite enterprise. A private line that connects two points together is known as point-to-point; a private line that connects one point to multiple points is known as point-to-multipoint. Private lines are leased from one or more carriers, which may be local or interexchange in nature. Private lines provide connectivity on a non-switched basis. As they bypass the network switches, private lines use the various switching centers (e.g., Central Offices, or COs) only as wire centers for the interconnection of circuits. Thereby, private lines provide full-time and immediate availability, eliminating dialup delays and avoiding any potential for congestion in the core of the carrier networks.
Private lines offer highly available connectivity, as they are dedicated to the use of a single organization, which may run any type or combination of traffic types over them. As private lines are priced based on distance and bandwidth, with no usage-sensitive cost element, they can be used constantly and at maximum capacity at the same cost as if they were never used at all. Therefore, they offer a highly cost-effective to usage-sensitive, switched services in environments where communications between sites is frequent and intense. Originally, private lines were, in fact, dedicated circuits which literally could be physically traced through the network. They also were known as "nailed-up circuits," as telephone company technicians hung the physically distinct circuits on nails driven into the walls of the central offices. Contemporary private lines actually involve dedicated channel capacity provided through the core of the carrier networks over high-capacity, multi-channel transmission facilities. The access portions (i.e., the local loop portions) of the private line are, of course, dedicated and physically distinct circuits.
Private lines are agnostic with respect to the form of the data, and the nature of the application. They can support voice, data, video, facsimile, or multimedia communications. They can run at rates of T-1, NxT-1, T-3, OC-3, or any other technically feasible speed. They can

P

support any communications protocol, or combination of protocols, including TCP/IP, Frame Relay, or ATM. See also Private Network.
2. An outside telephone line, with a separate telephone number, which is separate from the PBX. The line is a standard business line which goes around the PBX. It connects the user directly with the LEC central office, rather than going through the PBX. Private line connections are considered to be very "private" by virtue of the fact that it is not possible for a third party (e.g., technician or console attendant) to listen to conversations without placing a physical tap on the circuit. Additionally, private lines are not subject to congestion in the PBX. As private lines also are not susceptible to catastrophic PBX failure, they often are used to provide fail-safe communications to key individuals with mission-critical responsibilities in data centers, network operations centers, and the like.

**Private Line Service** An outside telephone number separate from the PBX, can be set up to appear on one of the buttons of a key telephone. Also called an Auxiliary Line. See also Private Line.

**Private Management Domain** PRMD. An X.400 electronic mail term: A private domain to which MTAs (Message Transfer Agents) send mail. PRMDs are connected to ADMDs (Administrative Management Domains) for message routing over wide area links. Under X.400 addressing, the PRMD represents a private electronic messaging system that may be connected to a Administrative Management Domain. The PRMD is usually a corporate or government agency E-Mail system connected to an ADMD.

**Private Message** A message designation which prevents that message from being given to another mailbox.

**Private Network** 1. A network built and owned by an end user organization. Some very large organizations build their own private microwave networks, rather than rely on circuits leased from carriers. This generally is the case where a number of remote sites must be networked, especially where substantial bandwidth is required. In such situations, the public carriers may be unable to provide the necessary bandwidth and network performance.
2. A network comprising dedicated circuits leased from one or more public carriers. Such circuits make use of private lines over carrier transmission facilities, bypassing the switches. Many large organizations deployed complex, dedicated T-carrier networks in the 1970s and 1980s. While such networks continue to be supplemented and while such networks continue to be deployed for data communications, VPNs (Virtual Private Networks) generally are preferred for voice communications. A variety of VPN technology alternatives also exist for data communications. See also Private Line, Private Voiceband Network, and VPN.

**Private Network-to-Network Interface** See PNNI.

**Private Networks Marketing** A Northern Telecom term which defines their organization for making and selling all telecom switches, except central offices. These products include the Meridian 1 PBX family, residential and business telephone sets, including Norstar and data communications.

**Private Peering Point** A privately-owned packet-switching center at which ISPs exchange traffic, avoiding the cost of doing so through the more traditional NAPs (Network Access Points). See Peering for a more thorough explanation.

**Private Subscriber Network** A virtual private network service supported by Public Packet Switched Service (PPSS) and incorporating interLATA transmission facilities owned or leased by the customer for private traffic. A Bellcore definition.

**Private System Identifier** PSID. An signaling identifier sent from a private cell site associated with a Wireless Office Telecommunications System (WOTS). The cell phone display shows the name of the company, rather than the name of the carrier. The PSID is defined in IS-136. See also IS-136 and Wireless Office Telecommunications System.

**Private Use Network** Two or more private line channels contracted for use by a customer and restricted for use by that customer only.

**Private Voiceband Network** A network that is made up of voice band circuits, and sometimes switching arrangements, for the exclusive use of one customer. These networks can be nationwide in scope and typically serve large corporations or government agencies.

**Private Wire** A private line. Derives its name from the old telegraph days when messages were carried on wires that strung across the nation.

**Privileges** The access rights to a directory, file or program over a local area network. Typically read, write, delete, create and execute.

**PRMD** PRivate Management Domain. An X.400 Message Handling System private organization mail system. Example: NASAmail.

**PRNG** A Bluetooth term. Pseudo Random Noise Generation.

**Proactive** Taking the initiative. Doing it before someone (most likely your competition) forces you to do it. The word is currently in vogue among those people who believe the telephone companies should do all the positive, forward-looking actions before the competition does them and wins the customers and gets the public kudos. The word has no real meaning, but serves a purpose as a cry to action. The word actually is grammatically incorrect. The real word is "active." It is the opposite of "reactive."

**Probe** 1. A sensing device, typically about the size and shape of a pencil, that is used to sense various physical conditions such as temperature, humidity, current flow, speed. Usually connected to a meter or oscilloscope which displays the condition being monitored.
2. An empty message that is sent to reach a particular address to determine if an address can be reached.

**Probe Envelope** In X.400, the envelope that encloses a probe in the MTS (Message transfer System). See Probe.

**Problem Tracking Report** PTR. A report maintained by a manufacturer in its Problem Tracking Database that describes a specific reproducible product defect or anomaly with a product. A PTR is also used to document a request for a feature enhancement. Information includes PTR number, problem description, PTR priority, system configuration and steps for reproducing the problem.

**Process** A software application. Any activity or systematic sequence of operations that produces a specified result. Typically, a computer function that consists of, or involves, procedure code, data storage and an interface for communicating with other processes.

**Process Manufacturing** The making of things. This contrasts with flow manufacturing which is working on something — like oil — that flows through a production process.

**Processing Delay** In data communications, the time taken by a computer to operate on an inbound message and return a response; frequently not accounted for in complaints of telecommunications response time problems.

**Processing Gain** In a spread spectrum transmission system, the original information signal is combined with a pseudo random correlating, or spreading code. The more random and the greater the length of the code, the more robust the resulting spread spectrum signal is against interference and interception. A measure of this robustness is referred to as processing gain. The FCC requires a minimum of 10 dB processing gain for non-licensed equipment operating in the Part 15 902-928 MHz, 2400-2483 MHz, and 5725-5850 MHz frequency bands. See also CDMA.

**Processing, Batch** A method of computer operation in which a number of similar input items are accumulated and sorted for processing. Compare with On-Line or Interactive Processing.

**Processor** 1. The intelligent central element of a computer or other information handling system. Also called the Central Processing Unit (CPU).
2. A device which uses amplifiers and filters to "boost," "clean-up" and reprocess signals. Sometimes channel converters demodulate signals in order to accomplish this function. See Channel Converter.

**Processor Card** See Smart Card.

**Processor Occupancy** The time the telephone system processor is in use. There are two typical demands on the central processor in a telephone system, moving calls around and running self-diagnostics. Be sure you factor in the second when you're trying to figure out how many calls your telephone system processor will handle before it dies.

**Processor Power** The number of computations that a computer, microprocessor, or digital signal processor can complete in a fixed time interval. May be measured in MIPS (millions of instructions per second) or MFlops. Typical low-end DSP chips provide up to 10 MFlops; high-end chips 30 or more.

**Procurement Lead Time** The interval in months between the initiation of procurement action and receipt into the supply system of the production model (excludes prototypes) purchased as the result of such actions, and is composed of two elements, production lead time and administrative lead time.

**Procr** Processor.

**Prod** A device that resembles a pencil, but containing a metal tip in an insulated handle with a wire to connect it to a piece of test equipment, such as a VOM (volt-ohm-millimeter). the metal tip is touched to various points in an electrical circuit for measurements and trouble-shooting.

**Prodigy** Formed in 1984 as a joint venture of IBM and Sears Roebuck & Company, Prodigy was originally called TRINTEX. The name was changed to Prodigy in 1988, and the company was acquired by employees with the help of International Wireless in 1996. Prodigy used to offer on-line computer services. The company was one of the first to offer

transmission line. See T Carrier and T-1.

**T Tap** A passive line interface used for extracting data from a circuit. Also, for extracting optical signals from a fiber cable or electrical signals from a coaxial cable.

**T&E** Technology and Evaluation Lab.

**T+T** Telephone and Telegraph. I found T+T engraved on a small metal closet in a hotel in Zurich, Switzerland. When I opened the closet, I found a crude telephone line crossconnect panel. The hotel ran its phone lines up a central shaft, terminated them on a crossconnect panel, then ran the lines to each guest room.

**T-1** Also spelled T1, which stands for Trunk Level 1. A digital transmission link with a total signaling speed of 1.544 Mbps (1,544,000 bits per second). T-1 is a standard for digital transmission in North America, — the United States and Canada. T-1 is part of a progression of digital transmission pipes — a hierarchy known generically as the DS (Digital Signal Level) hierarchy. (For the complete hierarchy, see the definition for T Carrier above.) In the olden days, T-1 was delivered to your business on two pairs of unshielded twisted copper wires — one pair for transmit and one pair for receive — the combination of these two simplex (unidirectional) circuits yields a full duplex (bidirectional) circuit. These days, T-1 often is delivered on fiber optic transmission systems by the CLECs (Competitive LECs) and by the ILECs (Incumbent Local Exchange Carriers), where fiber is available (or insist on it being installed as part of your order). You can lease T-1 as a channelized service (delivered as separate voice or data channels), or as an unchannelized raw bit stream (i.e., 1.536 Mbps of transmission both ways, plus .008 Mbps framing bits) and do with the bits as you wish-the framing bits are not under your control, however. North American carriers typically deliver T-1 channelized, i.e., split into 24 voice-grade channels, with each running at 56/64 Kbps (i.e., 56,000 or 64,000 bits per second), depending on the generation of the channel bank equipment involved. If you have need for a bunch of local phones, it's often cheaper to get them delivered on T-1 channels than as individual phone lines. One expensive circuit (i.e, the multi-channel T-1) is far less expensive than 24 less expensive circuits (e.g., single-channel voice circuits). While channelized T-1 was developed for and is optimized for uncompressed voice communications, it also can be used for channelized data communications. A channelized approach is required for access to the traditional PSTN, which is channelized throughout the traditional carrier networks.

On the other hand, an unchannelized approach is better for most data communications applications, and for compressed voice, video and IP telephony. The unchannelized approach provides you with 1.536 Mbps which you can split up any way you choose. If you lease a raw T-1 pipe, you could, for example, split it (i.e., multiplex it) into 12 voice grade channels to support 12 voice conversations, and use the remaining 768 Kbps for either reasonably high-speed access to the Internet or for videoconferencing with your distant office. You could also compress voice to run at speeds of perhaps 8 Kbps or less by using IP Telephony techniques and, therefore, put many more voice calls over a single T-1 pipe. Unchannelized T-1 also is commonly used for access to a frame relay or ATM network, or for Internet access. In such an application, your router or data switch or data concentrator effectively multiplexes data packets (i.e., packets, frames or cells) through the "clear" pipe. Channelization would make no sense in such an application.

In addition to use in network access applications, T-1 also can be used for private, leased line networking. In a private network, you might use channelized leased T-1 PBX tie trunks to "tie" together your voice PBXs. You might use unchannelized T-1 tie trunks to directly connect your local area network routers or data switches. Note that T-1 is medium-independent. You can run it over electrical (i.e., twisted pair or coaxial cable), optical (i.e., fiber optics or infrared) or radio (i.e., microwave or satellite) transmission media.

Outside of the United States and Canada, DS-1 is called E-1, as it was developed by the CEPT (Conference of European Postal and Telecommunications Administrations) for use in Europe. E-1 runs at a total signaling rate of 2,048,000 bits per second. Only one element remains constant between it and the North American's T-1 — the DS-0, namely the 64 Kbps channel. Most often it represents a PCM voice signal sampled at 8,000 times per second, or 64,000 bits per second. However, the form of PCM encoding, also known as companding, differs between T-1 (mu-law) and E-1 (A-law). Conversion of E-1 to T-1 involves both the compression law and the signaling format. At the higher rate of 2.048 Mbps, 32 time slots are defined at the CEPT interface, but two time slots (channels) are used for non-intrusive signaling and control purposes. The remaining 30 channels are clear 64 Kbps channels for user information-voice, video, data, etc. See also CEPT, Channel Bank, Companding, Compression, ISDN PRI, PCM, TDM, and Time Division Multiplexing and the following five definitions.

**T-1C** Trunk Level 1 Combined. The total signaling rate is 3.152 Mbps in North America and comprises two T-1s, which are interleaved to support 48 DS-0s at 1.544 Mbps each. The additional 64 Kbps is overhead used to support additional signaling and control requirements. T-1C is seldom used, outside of limited telco applications. See T-1.

**T-1 Framing** Digitization and coding of analog voice signals requires 8,000 samples per second (two times the highest voice frequency of 4,000 Hz) and its coding in 8-bit words yields the fundamental T-1 building block of 64 Kbps for voice. This is termed a Level 0 Signal and is represented by DS-0 (Digital Signal at Level 0). Combining 24 such voice channels into a serial bit stream using Time Division Multiplexing (TDM) is performed on a frame-by-frame basis. A frame is a sample of all 24 channels (24 x 8 = 192) plus a synchronization bit called a framing bit, which yields a block of 193 bits. Frames are transmitted at a rate of 8,000 per second (corresponding to the required sampling rate), thus creating a 1.544 Mbps (8,000 x 193 = 1.544 Mbps) transmission rate, the standard North American T-1 rate. This rate is termed DS-1. See also D-4 Framing and Extended Super-Frame Format. See also T Carrier, T2, T3 and T4.

**T-1 Span Line** See Span.

**T-2** The North American standard for DS-2 (Digital Signal Level 2). T-2 operates at a signaling rate of 6.312 Mbps, and is capable of handling 96 voice conversations, depending on the encoding scheme chosen. T-2 is four times the capacity of T-1. It generally is used only in carrier networks, although end users sometimes gain T-2 access on an ICB (Individual Case Basis). An example carrier application is that of SLC-96 (Subscriber Line Carrier 96), which supports 96 voice-grade channels of 64 Kbps over a specially conditioned four-wire circuit. See SLC-96 and T-1.

**T-3** The North American standard for DS-3 (Digital Signal Level 3). T-3 operates at a signaling rate of 44.736 Mbps, equivalent to 28 T-1s. T-3 is commonly referred to as 45 megabits per second. Capable of handling 672 voice conversations each at 64 Kbps, T-3 runs on fiber optic or microwave transmission, as twisted copper pair is not capable of supporting such a high signaling rate over distances of any significance. Running on fiber, it is typically called FT-3. Both Bill Gates and George Lucas allegedly have T-3 lines coming into their houses. Sadly, I don't. See T-1.

**T-4** The North American standard for DS-4. T-4 supports a signaling rate of 274.176 Mbps and is capable of handling 4,032 voice conversations. T-4 has 168 times the capacity of T-1. T-4 can run on coaxial cable, microwave radio or fiber optic transmission systems. T-4 generally is used only in carrier backbone networks, and generally is not available for end-user consumption. See also T-1.

**T-Berd** See T-Bird.

**T-Bird** also T-Berd. Colloquial term for a T-1 carrier analyzer, used by T-1 circuit technicians. Taken from the brand name of a leading device, T Berd 90A.

**T-I Channel** Either of the two external ports of a TDI or RDI which provides for transmitting or receiving eight TDM channels. Do not confuse with T-1 (as in T-one).

**T-SM** An ADSL term for the functional interface between the ATU-R (Asymmetric Transmission Unit-Remote) and the PDN (Premises Distribution Network). The ATU-R may contain one or more T-SMs (Service Modules) for terminal adaption. The T-SM may be the same as the "T" interface where the PDN is a point-to-point, passive cable and wire system. The T-SM may be a separate physical device, or may be embedded in an integrated ATU-R/SM. See also ADSL, ATU-R, PDN, SM and T.

**T.120** The most important transmission protocol standard for document conferencing (viewing, changing and moving files) over transmission media ranging from analog phone lines to the Internet. T.120 is the International Telecommunications Union (ITU-T) standards suite for document conferencing via FTP (File Transfer Protocol). Virtually all major players in the document conferencing industry have announced support for this standard. Document conferencing adds a visual dimension to voice-only conference calls by allowing groups of people to share computer documents in real-time while participating in a standard voice conference call. Whatever materials would normally be distributed in a face-to-face meeting — graphs, spreadsheets, diagrams, or documents — can be shared on-line, in real-time. Participants can easily connect to a conference anywhere in the world, with the only requirements being a Windows PC, a modem and a document conferencing software program. T.120 series standards provide a framework to enable multi-point data conferencing across LANs, WANs and the Internet. The T.120 architecture relies on a multilayered approach with defined protocols and service definitions between layers. Each layer presumes the existence of all layers below. The lower level layers (T.122, T.123, T.124 and T.125) specify an application-independent mechanism for providing multi-point data communications services to any application that can use these facilities. The upper level layers (T.126 and T.127) define protocols for specific conferencing applications, such as shared

T