# In the United States Court of Federal Claims

No. 05-515T

(Filed: December 18, 2006)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The closing argument will be held in this case on Tuesday, January 9, 2007, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge