IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-515 T
(JUDGE ALLEGRA)

COMCATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STATUS REPORT

The United States, as requested by the Court, respectfully informs the Court that, on February 8, 2007, it filed a Notice of Appeal to the United States Court of Appeals for the

Federal Circuit from the decision in *USA Choice v. United States*, Fed. Cl. No. 05-525 T (2006).

Respectfully submitted,

February 12, 2007
Date

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

February 12, 2007
Date

s/G. Robson Stewart
Of Counsel

Attorneys for Defendant