ORIGINAL

CFC

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
MAY 1 2 2007
U.S. COURT OF FEDERAL CLAIMS

2008-5001

COMCATION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

05/12/08

cc: Clerk's Office, CFC
Anthony C. Gulotta, Jr.
Arthur Catterall

**ISSUED AS A MANDATE:** 05/12/08

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAY 12 2008
JAN HORBALY
CLERK

COMCATION INC V US, 2008-5001
CFC - 05-CV-515